16183.    CALLAWAY *v.* THE STATE.

LUKE, J. This court can not say that the verdict finding the accused guilty of burglary is without evidence to support it, and, the trial judge having approved it in overruling the motion for a new trial, which was based on the usual general grounds only, the judgment must be

*Affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 27, 1925.

Conviction of burglary; from Wilkes superior court—Judge Shurley.   December 8, 1924.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Fells, solicitor-general,* contra.